458 A.2d 266

Commonwealth v. Smith, Appellant.
Petition for Allowance of Appeal
Denied June 8, 1983.

Submitted June 9, 1982. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence is affirmed.

459 A.2d 431

Commonwealth v. Story, Appellant.
Reargument Denied May 24, 1983.

Petition for Allowance of Appeal
Denied Aug. 29, 1983.

Submitted November 9, 1982. Sanford M. Aderson, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and MONTGOMERY, JJ.

Order affirmed.